**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

Case No. 1:23-cv-00671-WHR-MRM

GS HOLISTIC, LLC,

  Plaintiff,

vs.

MR PHONE & SMOKE LLC, d/b/a Mr.
Vapor Smoke Shop, et al.,

  Defendants.
_____ /

## NOTICE OF SETTLEMENT

    Plaintiff, GS Holistic, LLC, hereby gives notice to the Court that the Plaintiff GS Holistic and Defendants MR PHONE & SMOKE LLC, d/b/a Mr. Vapor Smoke Shop and Mostafa Shabib have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the Settlement Agreement.

    Respectfully submitted,

    /s/ John Ridge, Esq.
    John Ridge, Esq.
    OH Bar No. 0086046
    Ridge Law, LLC
    3136 Kingsdale Center #119
    Upper Arlington, Ohio 43221
    jridge@ridge-law.com
    Serv609@LegalBrains.com
    Telephone: 614-561-7541
    *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 7, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 614-561-7541
*Attorney for the Plaintiff*